*Per Curiam.* Without passing upon or indicating any limitation upon the authority of the court at Special Term to fix the fee of an attorney for a receiver in foreclosure proceedings, or to reduce such fee below an amount agreed upon by the interested parties, we believe that the court here would have been warranted in following the agreement of the parties and should have done so.

The order entered on May 24, 1945, so far as appealed from, should be modified by increasing the fee of the attorney for the receiver to $3,100, and as so modified affirmed, without costs. The appeal from the order entered on June 7, 1945, should be dismissed.

Martin, P. J., Townley, Glennon, Callahan and Peck, JJ., concur.

Order entered May 24, 1945, so far as appealed from, unanimously modified by increasing the fee of the attorney for the receiver to $3,100, and as so modified affirmed, without costs. Appeal from order entered June 7, 1945, unanimously dismissed. Settle order on notice.

FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. FISCHBACH & MOORE, INC., et al., Respondents.— Order dated and entered October 26, 1945, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIBERDAR HOLDING CORPORATION, Appellant, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIBERDAR HOLDING CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. WALKER MORRISON et al., as Trustees, Appellants, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. WALKER MORRISON et al., as Trustees, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [891 Park Ave., Borough of Manhattan.] — Order, so far as appealed from, modified so as to provide for the fixing of the assessed valuations of the property as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1937 | $80,000 | $120,000 | $200,000 |
| 1938–39 | 80,000 | 110,000 | 190,000 |
| 1939–40 | 80,000 | 105,000 | 185,000 |
| 1940–41 | 75,000 | 100,000 | 175,000 |
| 1941–42 | 70,000 | 95,000 | 165,000 |
| 1942–43 | 65,000 | 90,000 | 155,000 |

As so modified the order is affirmed, with $20 costs and disbursements to the relators-appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent; v. VITO RIZZI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.